Plaintiff's Name **Freddy Fox**
Inmate No. **WB1149**
Address **CCWF / 504-244**
**PO Box 1508**
**Chowchilla, CA 93610**

**FILED**

DEC 06 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____
(Name of Plaintiff)

vs.

Warden Polleres
Captain Williams
Captain Radliff
Lt. G. Roberts
Sgt Villareal
Sgt Vogel
Sgt Vang
C.O. Palomino
C.O. D Juarez
C.O. Carpenter  C.O. Fernandez
C.O. Andrade  C.O. Swain
(Names of all Defendants)

**1:21-CV-01501-SAB-(PC)**
(Case Number)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☑ 42 U.S.C. 1983 (State Prisoner)

☐ <u>Bivens</u> Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

DEC 06 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

　A. Have you brought any other lawsuits while a prisoner? Yes____ No ✓

　B. If your answer to A is yes, how many? _____

　Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

　　1. Parties to this previous lawsuit:

　　　Plaintiff _____

　　　Defendants _____

　　　_____

　　2. Court (if Federal Court, give name of District; if State Court, give name of County)
　　_____

　　3. Docket Number _____　4. Assigned Judge _____

　　5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
　　_____

6. Filing Date (approx.) _____   7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓   No ____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓   No ____

C. Is the process completed?

Yes ____   If your answer is yes, briefly explain what happened at each level.

No ✓   If your answer is no, explain why not.

My 602's are screened out due to "toxic substancies" (excuses) The 602's are broke up into several different subjects, dismissed, discarded, etc. I can not get someone to address my situation on record. Video/Audio exists in this prison

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name LT. G. Roberts   is employed as Lt.

Current Address/Place of Employment CCWF.

Warden Pallares, Captain Williams, Captain Radliff, Sgt. Vogel, Sgt. Vars.

B. Name **Sgt Villareal** is employed as **Sgt.**

Current Address/Place of Employment **CCWF**

C. Name **C/o Palamino** is employed as **C.O.**

Current Address/Place of Employment **CCWF.**

D. Name **D Juarez** is employed as **C.O.**

Current Address/Place of Employment **CCWF**

E. Name **Swain** is employed as **C.O.**

Current Address/Place of Employment **CCWF.**

**C.O. Fernari**   **C.O.**   **CCWF**

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Freedom from cruel & unusual punishment, right to medical care,

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

On 9-24-21 I was attacked by an inmate in D-Dining of CCWF & in my room 515-1. I told staff (Sgt Vang, C/o Carpenter) they placed me in a cage for investigation. Lt G. Roberts called me "a man who will not program on his yards" - placed me in A.S.U. without my property. LT G. Roberts had his C.O. Andrade falsify reports on 9-28-21 in order to keep me in ASU without my property (wedding ring) (Lt G Roberts) in his custody. On 10-24-21 Sgt Villareal verbally assaulted me in ASU shower (sexually assault with slurs) Sgt Villareal escorted me to my cell returned while my hands were uncuffed, opened my door, struck me, pulled me out - put me in a cage. Lt G Roberts videointerviewed me, escorted me back to cell #101 and

verbally assaulted me + killing me + harassed + struck me inside my cell. On 10-7-21 Sgt. Llorens had Coswain, Palomino (?) Juarez, etc escort me to TMC. 170+ beat me up physically - planted a weapon in my cell. Lt. G. Roberts denied me my "Lost" Property + wedding ring for indeterm. *still* time, estrogen pills, bras, panties, yard, dayroom, etc. Access to psychiatric + medical assistance.

※ All claims can be verified by Video/Audio Survellence cameras.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

freedom from cruel + usual punishment

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

In late August, early Sept. I wrote to + was seen in person by Sgt Vogel, Sgt Vang, Captain Williams and Warden Pallares in ref. to trouble because of my transgender classification. I spoke + Captain Williams, Warden Pallares about my inability to be let into work at D-Dining because C.o. Diaz/Co. Carpenter claimed "a guy isn't working here" — to no avail. I also warned Captain Williams, Sgt Vogel/Sgt Vang about 'Im Pratt + my danger due to a coordinated inmate effort to remove us from the yards (CPD yards). I was told that 'Im Pratt WE1799 would be moved to my yard — she'd been beaten up for being my friend and I'd be allowed to work — to no avail. I was beat up + kicked out of 2-rooms - my third room I was extorted, robbed + falsely Prea'd at the same time 'Im Pratt was attacked on C yard 9-24-21 - The above named staff didn't help me. As a result I was mistreated, robbed, falsely PREA'd (claims of sex abuse) + segregated. In A.S.U.

Lt. Roberts & Sgt. Villareal continued their hate campaign w. th physical violence, sexual harassment, denial of property, access to medical, estrogen, bras/panties, razor etc. As a result of the violence, segregation, sexual harassment, denial of estrogen bra/panties/razor I decompensated. When I requested medical/psych help I was denied access.

* All claims can be verified via prison Audio/Video system. Cameras

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want to be released from A.S.U. I want all of my property & wedding ring returned to me.
I want continued medical/psych help to aid in my transition into a female.
I want my friend 'Im Pratt WE1784 to be housed safely near me.
I want the above named staff fired
I want all staff retrained on proper transgender handling.
$10,000,000⁰⁰ ten million dollars pain&suffering for psychological decompensation due to cruel&unusual punishment.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-23-21     Signature of Plaintiff: _Freddy Jr_

(Revised 4/4/14)