1-6-22

Greetings,

If this is the office that I sent a 1983 civil complaint to — I'd like to withdraw it

1:21-CV-01501-SAB.

FILED
JAN 11 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

Please notify me that it was withdrawn. I was not completely sane & didn't have all the facts clear, correct I made **wrong** allegations.

Thank you.

— Freddy Fy —

Freddy Fox WB1149
CCWF / 504-244
PO Box 1508
Chowchilla, Ca
93610